(USAO GAN 6/10) Search Warrant

FILED IN CHAMBERS
U.S.D.C. – Rome

APR 1 2020

JAMES N. HATTEN, Clerk
By: _____

# United States District Court

NORTHERN DISTRICT OF GEORGIA

In the Matter of the Search of

One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone (SUBJECT DEVICE), currently in the custody of HSI at 920 Abutment Road, Dalton, Georgia 30721

APPLICATION AND
AFFIDAVIT FOR
SEARCH WARRANT
Case number: 4:20-MC-12

I, James Rives, being duly sworn depose and say:

I am a Special Agent of the All Other Homeland Security and have reason to believe that in the property described as:

One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone (SUBJECT DEVICE), currently in the custody of HSI at 920 Abutment Road, Dalton, Georgia 30721

in the Northern District of Georgia there is now concealed certain information and certain data, namely,

See Attachment B,

which constitutes evidence of a crime, contraband, fruits of crime, or items illegally possessed, and property designed for use, intended for use, or used in committing a crime, concerning violations of Title 18, United States Code, Section(s) 2252(a)(4). The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT

Continued on attached sheet made a part hereof.

Sworn to before me by telephone pursuant
to Federal Rule of Criminal Procedure 4.1

_____
Signature of Affiant

James Rives

April 1, 2020
Date

Rome, Georgia, Georgia
City and States

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Erin N. Spritzer

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

(USAO GAN 6/10) Search Warrant

# United States District Court

NORTHERN DISTRICT OF GEORGIA

In the Matter of the Search of

One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone (SUBJECT DEVICE), currently in the custody of HSI at 920 Abutment Road, Dalton, Georgia 30721

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
Case number: 4:20-MC-12

I, James Rives, being duly sworn depose and say:

I am a Special Agent of the All Other Homeland Security and have reason to believe that in the property described as:

One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone (SUBJECT DEVICE), currently in the custody of HSI at 920 Abutment Road, Dalton, Georgia 30721

in the Northern District of Georgia there is now concealed certain information and certain data, namely,

See Attachment B,

which constitutes evidence of a crime, contraband, fruits of crime, or items illegally possessed, and property designed for use, intended for use, or used in committing a crime, concerning violations of Title 18, United States Code, Section(s) 2252(a)(4). The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT

Continued on attached sheet made a part hereof.

Sworn to before me by telephone pursuant to Federal Rule of Criminal Procedure 4.1

_____
Signature of Affiant

James Rives

April 1, 2020
Date

Rome, Georgia , Georgia
City and States

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Erin N. Spritzer

_____
**WALTER E. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR
RULE 41 SEARCH WARRANT**

I, James Rives, first being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of an application under Federal Rule of Criminal Procedure 41 for a search warrant authorizing the examination of the following digital device: One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone, assigned phone number 470-232-5046 (the SUBJECT DEVICE). The SUBJECT DEVICE was seized from the person of JIMMY LEE HALL, Jr. at his place of employment in Calhoun, Gordon County, Northern District of Georgia. The item to be searched is currently located at HSI Dalton, 920 Abutment Road, Dalton, Georgia and more particularly described in Attachment A. The applied-for warrant would authorize the forensic examination of the SUBJECT DEVICE for the purpose of identifying and extracting electronically stored data, more particularly described in Attachment B.

2. I am a Special Agent (SA) of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement, Homeland

Security Investigations (HSI) assigned to the Dalton, Georgia office. I have been employed by HSI since April 2007. Prior to being employed with HSI, I served as a police officer for seven years with the Alpharetta Police Department in Alpharetta, Georgia. I have completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia.

3. As a Special Agent, I am responsible for enforcing federal criminal statutes, including Title 18 United States Code, Sections 2252 and 2252A, the sexual exploitation of children. I have received training and instruction in the investigation of child pornography offenses and have had the opportunity to conduct, coordinate, and participate in investigations related to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as videotapes and printed images).

4. The facts and information outlined in this affidavit come from my personal knowledge, my training and experience, and information obtained from other law enforcement personnel and witnesses. Because this affidavit is being submitted for the limited purpose of obtaining a search warrant, I

have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

## KIK MESSENGER BACKGROUND

5. Kik Messenger (Kik) is an instant messaging application for mobile devices. The application is available on most iOS, Android, and Windows phone operating systems free of charge. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile web-pages, links to internet files, and other content. Kik Messenger was originally made for mobile devices but can now also be accessed on computers and laptops through downloading an Android emulator. This software allows users to use the Kik Messenger app on a desktop computer or laptop, the same as from a mobile phone.

6. Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers the date, time, internet protocol (IP) address,[1] and information related to the

---

[1] An IP address is a series of four sets of digits separated by a decimal. The Internet Service Provider supplies the IP address to its customers, which is used to access the internet. The IP

3

device used to complete the account registration. The username is the only unique identifier used by Kik. According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated, and can never be changed.

## CHARACTERISTICS COMMON TO INDIVIDUALS WITH INTENT TO COLLECT, RECEIVE, OR DISTRIBUTE CHILD PORNOGRAPHY

7. Based on my previous investigative experience related to child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know that there are certain characteristics common to individuals with intent to view and/or possess, collect, receive, or distribute images of child pornography:

   a. Individuals with intent to view and/or possess, collect, receive, or distribute child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

---

address identifies the physical location of the computer or electronic device that accessed the internet during the relevant period.

b. Individuals with intent to view and/or possess, collect, receive, or distribute child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children that they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c. Individuals with intent to view and/or possess, collect, receive, or distribute child pornography almost always possess and maintain "hard copies" of child pornographic material, that is, films, videotapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location. Individuals who have a sexual interest in children or images of children typically retain photos, films, photographs, negatives, magazines, correspondence,

books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d. Likewise, individuals with intent to view and/or possess, collect, receive, or distribute pornography often maintain collections that are in a digital or electronic format in a safe, secure, and private environment, such as a computer or other electronic storage devices. These collections are often maintained for several years and are kept close by, usually at the collector's residence or inside the collector's vehicle, to enable the individual to view the collection, which is highly valued.

e. Individuals with intent to view and/or possess, collect, receive, or distribute child pornography may also correspond with and/or meet others to share information and materials. These individuals rarely destroy correspondence from other child pornography distributors/collectors and conceal such correspondence as they do their sexually explicit material. These individuals often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

    f. Individuals who would have knowledge about how to access online forums, such as bulletin boards, newsgroups, Internet relay chat, or chat rooms are considered more advanced users and therefore more experienced in acquiring and storing a collection of child pornography images.

    g. Individuals with intent to view and/or possess, collect, receive, or distribute child pornography prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

## PROBABLE CAUSE

8. In February 2019, Kik Interactive, LLC reported to the Royal Canadian Mounted Patrol (RCMP) child exploitation activity within their messaging application in accordance with Canadian mandatory reporting laws. Kik utilizes Microsoft's PhotoDNA[2] to check on all profile picture and

---

[2] PhotoDNA creates a unique digital signature known as a "hash" for any image or video. A hash is a string of letters and numbers. When hash values match for images or videos found in two separate places the same image or video is being viewed. There are databases containing the hash values of previously identified, known child pornography. One such example is the database maintained by the National Center for Missing and Exploited Children (NCMEC). PhotoDNA will compare hash values of an

background photo uploads and a percentage of all content uploaded to Kik. In this case, Microsoft's PhotoDNA identified a positive hash value match on a known image of Child Sexual Abuse Material (CSAM) possessed by Kik account "lone_ranger108." Based on the one IP address logged by Kik user "lone_ranger108," which geo-located to the United States, the RCMP suspected "lone_ranger108" to be in the United States, and therefore, the RCMP sent an investigative referral to the HSI Cyber Crimes Center, Child Exploitation Investigations Unit (C3) for further review. C3 checked the IP address that was captured from Kik user "lone_ranger108" through a public available search tool and determined that it geo-located to Adairsville, Georgia.

9. On June 7, 2019, C3 provided HSI Dalton with the Kik tip with the reported CSAM image, the IP log data, and .csv Excel file with file hash and upload information.

10. On July 1, 2019, I reviewed the Kik Messenger subscriber records for user "lone_ranger108." The records showed a registered first name of "Jimmy,"

---

image/video with these databases to determine if the image/video in question is indeed known child pornography.

last name of "Hall," and email address halljrjl1981@yahoo.com. The Kik account was created on December 19, 2013 from an Android mobile device. On February 4, 2019, the most recent login date by "lone_ranger108," Kik captured IP address 107.192.235.187. A check of this IP address through a publicly available search tool returned the provider as being AT&T U-Verse in Adairsville, Georgia.

11. On July 1, 2019, I viewed the image that Microsoft PhotoDNA identified through a positive hash value match to known CSAM possessed by Kik account "lone_ranger108." The image is of a completely nude minor female, whom I estimated to be younger than 14 years of age due to lack of development and based on my training and experience. The female is laying on her back with her legs spread, completely showing the details of her vagina and anus.

12. On June 19, 2019, HSI Mission Support Specialist (MSS) Jennifer Crapps sent AT&T, Inc. a subpoena for subscriber and customer information for IP address 107.192.235.187 for February 4, 2019 at 14:59:26 UTC.

13. On July 4, 2019, I reviewed subpoena results from AT&T for subscriber and customer information related to IP address 107.192.235.187, which revealed the following:

      Name:        Jimmy Hall Sr
      Address:    348 Blalock Road SE
                         Adairsville, Georgia 30103

14. On or about July 4, 2019, I conducted a publicly available internet search for 348 Blalock Road SE, Adairsville, Georgia. Through that search, I discovered that Jimmy Hall Jr., born 1981, resides at the above-mentioned address. Note that the Kik subscriber information for "lone_ranger108" listed email address "halljrjl1981@yahoo.com" as the registration email address.

15. On November 21, 2019, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Reports #59771477 and #59771766. According to CyberTipline Report #59771477, Twitter reported that a total of five files of suspected child pornography were uploaded on multiple dates by screen/user name "JimmyLeeHallJr2." Twitter reported two IP addresses used by user "JimmyLeeHallJr2," one of which was the registration IP address of 107.192.235.187, which is the same IP address reported by Kik. Also included in the report was geo-lookup information regarding the second Twitter IP address 24.75.167.47. According to the additional information provided by Twitter, the full account name for user "JimmyLeeHallJr2" is "Lone Ranger 1208," and the description of the user provided by the user is "laid back, fun loving guy with 2 beautiful daughters

10

and absolutely gorgeous GF who loves art, sports, and music. Just sayin." CyberTipline Report #59771766 provided the same information from Twitter, but NCMEC escalated the previous Cybertip due to the user uploading child pornography and having access to two daughters.

16. On December 11, 2019, Intelligence Research Specialist (IRS) Amy Storer conducted record checks on Jimmy Hall Jr. IRS Storer found that a Georgia Driver's license was issued to Jimmy Lee Hall (date of birth matching Jimmy Lee Hall, Jr.), displaying the address of 348 Blalock Road, Adairsville, Georgia.

17. On December 12, 2019, IRS Storer checked with the Georgia Department of Labor and found that Jimmy Hall, Jr. is currently employed at Gas Express LLC and has an address of 348 Blalock Road, Adairsville, Georgia.

18. On January 3, 2020, I reviewed the reported images and videos provided by Twitter with the Cybertip reports. One video depicted a minor female giving an adult male oral sex. I estimated the female to be under the age of six (6) due to the lack of development and body features and based on my training and experience. The minor female was topless and therefore exposing her breast, as she masturbated and gave oral sex to an erect penis. One image depicted a minor female, whom I estimated to be under the age

of two (2) due to the lack of development and body features, who is completely nude and laying on her back. An adult male is sticking his erect penis into the minor female's vagina. Upon reviewing the content that was provided through NCMEC from Twitter, there were more than five images and videos of child pornography. I reviewed more than 20 images and videos that meet the definition of child pornography.

19. On January 24, 2020, I contacted Gordon County Detective Mike Hill. Detective Hill was able to verify that Jimmy Hall Jr. is a current resident of 348 Blalock Road, Adairsville, Georgia through referencing unrelated police reports where Jimmy Hall Jr. came into contact with police.

20. On February 21, 2020, I obtained a search warrant in the Northern District of Georgia for the property located at 348 Blalock Road, Adairsville, Georgia 30103 (the Subject Premises), more particularly for evidence of violations of Title 18, United States Code, Section 2252(a)(4), which criminalizes the possession of child pornography.

21. On February 27, 2020, the search warrant was executed at the Subject Premises and HSI agents contacted Jimmy Hall Sr who was the only one inside the residence at that time. It was learned that Jimmy Hall Jr was at work in Calhoun, GA. Agents searched the premises and learned that HALL

Jr. did not utilize a desktop computer, laptop or tablet to access the internet. All the internet activity conducted by HALL Jr was done through his cell phone that he controlled.

22. On February 27, 2020, I located HALL's vehicle at his place of employment located at 301 Wellco Lane, Calhoun, GA. I met with HALL in an office inside the business and informed him of my identity, the investigation into him for possessing child pornography and a search warrant being executed at his residence for evidence of child pornography. After the introduction, I read HALL his Miranda rights and he verbally agreed to continue the conversation with me. HALL also signed a Miranda waiver form. Hall denied the allegations. During the interview, HALL opened his Apple iPhone XS Max cell phone through facial recognition for me to review with verbal consent. HALL also provided the password as the phone would lock from inactivity. While reviewing the content on the cell phone with HALL, I discovered approximately 15 images of child pornography in the photos app that matched the reported child pornography from Twitter as described above. I opened Safari internet browser with permission from HALL, and it immediately opened to a Dropbox account that contained child pornography. In the Dropbox account, I viewed still video images of young

minor boys estimated under the age of 15 years old taking part in various sexual activities and positions. I furthered reviewed the contents on the cell phone with HALL and discovered an app called "KeepSafe." This app secures personal photos and videos by locking them down with password protection and military-grade encryption. According to the description provided by KeepSafe, "it is the best place for storing your personal pictures and videos." I asked HALL for permission to look into the KeepSafe app and he stated that "it is going to be full." I asked him of what exactly it is going to be full of and he said "those pictures." I understood this to mean child pornography. HALL refused to give me the password and claimed he forgot it. I stopped the consensual search as HALL was taken into custody by the Gordon County Sheriff's Office for the images contained on his cell phone.

### MANNER OF EXECUTION

23. Because this application seeks only permission to examine a device already in law enforcement's possession, the execution of the requested warrant does not involve physical intrusion onto premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night. In addition, because "partial imaging" of the

device is not possible, law enforcement will make an electronic image of the entire electronic device, and will then search the contents of that image for responsive items as laid out in Attachment B.

## CONCLUSION

24. Based on the facts outlined in this affidavit, I respectfully submit that there is probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2252(a)(4), possession of child pornography, is located within the SUBJECT DEVICE described in Attachment A, and that this evidence, listed in Attachment B, is contraband, fruits of a crime, things otherwise criminally possessed, and/or property which is or has been used as the means of committing the foregoing offenses.

## ATTACHMENT A

### Property to be Searched

This warrant authorizes the forensic examination of the SUBJECT DEVICE, which is: One Apple iPhone XS Max, model MT5V2LL/a, black in color, serial number C39XX0BMKPHC, cellular telephone, assigned phone number 470-232-5046. The assigned cellular carrier is unknown. The SUBJECT DEVICE is currently located at the HSI office in Dalton at 920 Abutment Road, Dalton, Georgia 30721.

## ATTACHMENT B

## Items to be Seized from Subject Device

The items to be seized from within the Subject Device, as described in Attachment A, are evidence of violations of Title 18, United States Code, Section 2252(a)(4), and involve Jimmy Lee Hall, including, but not limited to:

1. Images or visual depictions of child pornography, including, but not limited to, those stored in applications, as that term is defined in 18 U.S.C. § 2256(8).

2. Images, records, and information, including, but not limited to, those stored in applications, containing child erotica (i.e., children engaged in sexually suggestive poses or settings that do not meet the definition of child pornography), including texts, images, and visual depictions of child erotica.

3. Internet history, as it pertains to child pornography.

4. Electronic communications, to include, but not limited to, text messages, e-mail messages, application based text messages, and application based video or picture messaging, pertaining to child pornography, sexual interest in children, or sexual activity with children.

5. Any and all correspondence, in any format and medium pertaining to violations of Title 18, United States Code, Section 2252.

6. Any correspondence, in any format or medium, concerning communications about child pornography or sexual activity with or sexual interest in children.

7. Any and all information, and materials, in any format or medium that concern email accounts, online storage, or other remote computer storage.

8. Any information or materials that concern ownership and/or usage of the STORAGE DEVICE.

9. Any stored digital documents such as stories, diaries, or letters that pertain to child pornography or a sexual interest in children.